

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2015

No. 04-15-00001-CV

**IN THE INTEREST OF E.L.M.M.,** et al.,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01857
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

  The Appellant's Amended Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on February 10, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court